IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMILLAH SAMUEL,

   Plaintiff

v.

CAROLYN W. COLVIN[1],
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

   Defendant.

CIVIL ACTION

NO. 12-3262

## ORDER

AND NOW, this 31 day of July, 2013, upon consideration of Plaintiff's Brief in Support of Request for Review, Defendant's Response thereto, and Plaintiff's Reply Brief, and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated July 10, 2013, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is GRANTED in part as described below;

3. the case is REMANDED to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) in accordance with the Report and Recommendation; and

4. the Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

RONALD L. BUCKWALTER, J.

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d)(1).